UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:13 CV 2409 RWS |
| | ) | |
| KEVIN JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER TO SHOW CAUSE

The parties were required to file their initial pretrial compliance in accordance with the case management order twenty days before trial. To date, the parties have not complied with this provision of the case management order, and their time for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that **the parties shall show cause in writing by noon on April 27, 2015, why sanctions should not be imposed for their failure to timely file their initial pretrial compliance. The parties shall also file their pretrial compliance as soon as possible, but in no event no later than noon on April 27, 2015. This Show Cause Order will be deemed satisfied if the parties file a Notice of Settlement and/or dismissal in lieu of their pretrial compliance and accompanying response on or before noon on April 27, 2015.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of April, 2015.